**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1543**

_____

JAMES GRAVES,

               Plaintiff - Appellant,

      v.

RYAN D. MCCARTHY, in his official capacity as Secretary, Department of the Army,

               Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Sherri A. Lydon, District Judge.  (3:20-cv-03609-SAL)

_____

Submitted:  September 28, 2023               Decided:  October 2, 2023

_____

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James Graves, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Graves appeals the district court's order accepting the magistrate judge's recommendation and granting summary judgment to the Defendant on Graves' race discrimination claim, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Graves v. McCarthy*, No. 3:20-cv-03609-SAL (D.S.C. Apr. 21 & 24, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*